# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| HUBBARD TOWNSEND | Case No.   2:10cr120-01-WKW |
|  | USM No.   13201-002 |
|  | Nicole Ramos |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  __1 & 2 of the 6/6/2012 Petition__  of the term of supervision.

☐  was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from any unlawful use of a controlled substance | 06/04/2012 |
| 2 | Defendant failed to comply with the conditions of home detention | 06/01/2012 |

The defendant is sentenced as provided in pages 2 through  __2__  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  __6963__

Defendant's Year of Birth:  __1946__

City and State of Defendant's Residence:
__Montgomery, Alabama__

__June 13, 2012__
Date of Imposition of Judgment

Signature of Judge

__W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE__
Name and Title of Judge

June 18, 2012
Date


AO 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations
              Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:     HUBBARD TOWNSEND
CASE NUMBER:     2:10cr120-01-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months, 1 day - no supervised release to follow.

The term of supervised release imposed on July 14, 2011 is REVOKED.

X    The court makes the following recommendations to the Bureau of Prisons:

       The Court recommends that defendant be designated to a facility where drug treatment is available.

       The Court recommends that defendant be designated to a facility as close as possible to Montgomery, AL.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

       ☐    at _____ ☐ a.m. ☐ p.m. on _____ .

       ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐    before 2 p.m. on _____ .

       ☐    as notified by the United States Marshal.

       ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL